JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ E. MEDINA, an individual, | Case No: 2:25-CV-04558-DSF-BFM |
| Plaintiffs, | |
| vs. | |
| VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey Corporation, and DOES 1 through 10, inclusive, | **ORDER OF DISMISSAL** |
| Defendants. | |

Based on the stipulation of the parties, and good cause appearing, the stipulation is granted. The entire action, including all claims and counterclaims against all parties, is ORDERED dismissed with prejudice.

DATE: May 21, 2026                    By: _Dale S. Fischer_

Hon. DALE S. FISCHER
United States District Judge

1